IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-482-SLR |
| v. | ) | |
| | ) | |
| ZTE CORPORATION, ZTE (USA) INC. and | ) | |
| ZTE SOLUTIONS INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on May 21, 2010, Plaintiff Golden Bridge Technology, Inc. ("Plaintiff") filed the action styled as *Golden Bridge Technology, Inc. v. Apple Inc. et. al.*, C.A. No. 10-428 (SLR), alleging infringement of U.S. Patent Nos. 7,359,427 B2 and 6,574,267 C1 ("the Apple Action");

WHEREAS, Plaintiff filed the above-captioned action (the "ZTE Action") on April 13, 2012 alleging infringement of U.S. Patent No. 6,574,267 C1;

WHEREAS, on July 27, 2012, by agreement of the parties, the ZTE Action was stayed pending entry of final judgment against Apple in the Apple Action;

WHEREAS, on June 25, 2013, this Court entered a Rule 54(b) Final Judgment in the Apple Action, and on July 1, 2013, this Court entered an Amended Rule 54(b) Final Judgment in the Apple Action;

WHEREAS, on July 3, 2013, Plaintiff filed a Notice of Appeal to the Court of Appeals for the Federal Circuit in the Apple Action (D.I. 345 in C.A. No. 10-428) seeking appellate review of this Court's claim construction and non-infringement determination with regard to Apple Inc.;

WHEREAS, the Court of Appeals for the Federal Circuit has docketed Plaintiff's appeal and assigned it No. 2013-1496 (the "Federal Circuit Appeal");

WHEREAS, all parties to the above-captioned action are presently in agreement that maintaining the stay of this action pending resolution of the Federal Circuit Appeal is in the best interests of the parties and the Court and will promote judicial economy; and

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the undersigned counsel that, subject to the Court's approval, all proceedings in the above-captioned action shall remain stayed until further order of the Court or until such time as the parties jointly advise the Court that the Federal Circuit Appeal has concluded.

Dated: November 20, 2013

MCCARTER & ENGLISH, LLP

By: _/s/ Daniel M. Silver_
    Michael P. Kelly (DE #2295)
    Daniel M. Silver (DE #4758)
    Renaissance Centre
    405 N. King Street 8th Floor
    Wilmington, DE 19801
    Tel: (302) 984-6300
    Fax: (302) 984-6399
    mkelly@mccarter.com
    dsilver@mccarter.com

*Attorneys for Plaintiff*
*Golden Bridge Technology, Inc.*

Dated: November 20, 2013

NOVAK DRUCE CONNOLLY BOVE +
    QUIGG LLP

By: _/s/ Thatcher A. Rahmeier_
    Zhun Lu (DE #4427)
    Thatcher A. Rahmeier (DE #5222)
    1007 North Orange Street
    Wilmington, DE  19899
    Tel: (302) 658-9141
    zhun.lu@novakdruce.com
    thatcher.rahmeier@novakdruce.com

*Attorneys for Defendants, ZTE Corporation, ZTE*
*(USA) Inc. and ZTE Solutions, Inc.*

SO ORDERED this _____ day of _____, 2013.

_____
The Honorable Sue L. Robinson

2